(76 South. 997)

LYNN v. FINNIE. (8 Div. 40.) (Supreme Court of Alabama. Oct. 2, 1917.) Appeal from Circuit Court, Morgan County; R. C. Brickell, Judge. Wert & Lynne, of Decatur, for appellant. E. C. Nix, of Albany, and John R. Sample, of Decatur, for appellee.

PER CURIAM. Settled and dismissed by agreement of parties.

(76 South. 997)

McCLEERY v. McCLEERY. (1 Div. 5.) (Supreme Court of Alabama. Oct. 2, 1917.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Sullivan & Stallworth, of Mobile, for appellant.

PER CURIAM. Appeal dismissed by appellant.

(76 South. 997)

McMILLAN v. STATE. (2 Div. 654.) (Supreme Court of Alabama. Nov. 15, 1917.) Certiorari to Court of Appeals. Simon McMillan was convicted of murder in the second degree, and he appealed to the Court of Appeals (75 South. 824), where the conviction was affirmed. Petition by defendant for certiorari to review and revise the judgment and decision of affirmance. Writ denied. Thomas F. Seale, of Livingston, for appellant. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Petition by Simon McMillan for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Simon McMillan v. State, 75 South. 824. Writ denied.

(76 South. 997)

Ex parte MARSH. (4 Div. 716.) (Supreme Court of Alabama. June 14, 1917.) M. A. Owen, of Elba, and J. A. Carnley, of Enterprise, for appellant. W. O. Mulkey, of Geneva, for appellee.

THOMAS, J. Mandamus to Hon. A. B. Foster, as judge of the circuit court, requiring him to set aside, vacate, and annul the judgment and order of the court, made in the case of Eva C. Marsh v. Mutual Life Ins. Co. Writ denied, on authority of Marsh v. Mut. L. I. Co., 76 South. 370.

(76 South. 997)

MILLER GRAIN & COMMISSION CO. v. MOUGHON et al. (6 Div. 186.) (Supreme Court of Alabama. Nov. 27, 1917.) Appeal from Circuit Court, Jefferson County; E. C. Crow, Judge. Richard B. Kelly, of Birmingham, for appellant. Coleman & Coleman, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(76 South. 997)

Ex parte NORRIS. (6 Div. 644.) (Supreme Court of Alabama. June 28, 1917.) Certiorari to Court of Appeals. L. D. Gray, of Jasper, for appellant. Wm. L. Martin, Atty. Gen., for appellee.

MAYFIELD, J. Application of Tony Norris for certiorari to the Court of Appeals to review and revise the judgment of said court, affirming the case of Tony Norris v. State, 75 South. 718. Writ denied.

(76 South. 997)

Ex parte O'BARR. (7 Div. 888.) (Supreme Court of Alabama. June 7, 1917.) Certiorari to Court of Appeals. M. M. Smith, of Pell City, for appellant. Percy, Benners & Burr, of Birmingham, for appellee.

SOMERVILLE, J. Application of G. E. O'Barr for certiorari to the Court of Appeals to review and revise the judgment of said court in the case of O'Barr v. P. W. Turner, Mitchell C. & I. Co., Garnishee, and Amer. T. & S. Bank, Claimant, 75 South. 271. Writ denied.

(76 South. 997)

PHELPS v. STATE. (5 Div. 680.) (Supreme Court of Alabama. Nov. 15, 1917.) Certiorari to Court of Appeals. C. C. Phelps was convicted on several counts for violations of the liquor laws, and to review and revise a decision of the Court of Appeals (75 South. 877), affirming the conviction in part, and reversing and remanding in part, he petitions for certiorari. Denied. Glenn & De Graffenried, of Seale, for appellant. W. L. Martin, Atty. Gen., for the State.

SOMERVILLE, J. Petition by C. C. Phelps for certiorari to the Court of Appeals to review and revise the judgment of said court rendered in the case of C. C. Phelps v. State of Alabama, 75 South. 877. Writ denied.

(76 South. 997)

Ex parte PHILLIPS BOYD PUB. CO. (4 Div. 726.) (Supreme Court of Alabama. June 28, 1917.) Certiorari to Court of Appeals. W. W. Sanders, of Elba, and James M. Kidd, of Birmingham, for appellant. M. S. Carmichael, of Montgomery, for appellee.

THOMAS, J. Application by the Phillips Boyd Publishing Company for certiorari to the Court of Appeals to review and revise the judgment of said court in dismissing the appeal, and refusing to affirm the cause of Gus Shiver v. Phillips-Boyd Pub. Co., 15 Ala. App. 639, 74 South. 745. Writ denied.

(76 South. 997)

REPUBLIC IRON & STEEL CO. v. FOSTER. (6 Div. 596.) (Supreme Court of Alabama. June 1, 1917.) Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge. Percy, Benners & Burr, of Birmingham, for appellant. W. A. Denson, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by agreement of parties.

(76 South. 997)

Ex parte ROGERS. (4 Div. 732.) (Supreme Court of Alabama. June 7, 1917.) Certiorari to Court of Appeals. Frank B. Bricken, of Luverne, and Powell & Hamilton, of Greenville, for appellant. W. L. Martin, Atty. Gen., for appellee.

SOMERVILLE, J. Application of Aubrey Rogers for certiorari to the Court of Appeals, to review and revise the judgment of said court, affirming the judgment of the trial court on the appeal of Aubrey Rogers v. State, 75 South. 264. Writ denied.